Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br>A pink colored, tan roof, single-story residence located at 17102 N. Mustang Way, Fort McDowell, Arizona 85264. | Case No. 21-271MB |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of   Arizona   .
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):
**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   October 8, 2021  .
                                                                                         *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty.

_____
         *(name)*

N/A ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for 30 days *(not to exceed 30)*
                                              ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  9/24/21 @ 12:20 pm        /s/ Michelle Burns
                                                                                 Judge's signature

City and State:  Phoenix, Arizona                          Honorable Michelle H. Burns, U.S. Magistrate Judge
                                                                                       *Printed name and title*



The residence is a single-story, single-family structure. The front of the residence is located on the south side of the structure and faces south towards North Mustang Way. The structure is painted light pink and has tan roofing. Seven windows are on the back side of the structure facing north towards North Mustang Way.

## ATTACHMENT A

17102 N. Mustang Way, Fort McDowell, Arizona 85264





## ATTACHMENT B

### PROPERTY TO BE SEIZED

Evidence in the form of:

1. Biological evidence, to include but not limited to blood, saliva, vomit and tissue. Said biological evidence may be located on clothing, bibs, burp clothes, sheets, towels, linen, diapers, toys or other baby items, such as furniture and carpet, of which samples may be taken.

2. Identification cards, social security cards, or any other indicia of ownership or occupancy belonging to RHIANNON RUSSELL, JON LUC WILLIAMS or John Doe.

3. Items associated with feeding and soothing an infant, including but not limited to formula, bottles, pacifiers, and medications.

4. Documents regarding medical appointment, care instructions, medication instructions and discharge paperwork regarding the care of John Doe.

5. Cellular telephones belonging to RHIANNON RUSSELL and JON LUC WILLIAMS, which may memorialize activities involved in the commission of and/or communication about John Doe's care and any serious bodily injury inflicted upon John Doe.

6. Potential weapons that may have been used in the commission of the crime.